JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

13-cv-6832

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MICHAEL WATKINS
100 Summit Avenue
Willow Grove, PA 19090

**DEFENDANTS**
HASTER LAW OFFICE, P.A.
6640 SHADY OAK ROAD, SUITE 340
EDEN PRARIE, MN 55344

13  6832

(b) County of Residence of First Listed Plaintiff **MONTGOMERY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
JOSEPH A. DIORIO, ESQUIRE
BRIAN J. SMITH AND ASSOCIATES
140 E. BUTLER AVENUE
AMBLER, PA 19002
215-659-8700

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** |  | [ ] 840 Trademark | [X] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [X] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
|  |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act |  | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property |  | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities Other / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  |  / [ ] 550 Civil Rights |  |  |  |
|  | [ ] 448 Education / [ ] 555 Prison Condition |  |  |  |
|  |  / [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**15 USC SECTION 1692**
Brief description of cause:
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $ 10000**
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

NOV 25 2013

DATE: 11/20/2013
SIGNATURE OF ATTORNEY OF RECORD: *Joseph A. Diorio* (signature)

**FOR OFFICE USE ONLY**
RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _100 SUMMIT AVE, WILLOWGROVE PA_

Address of Defendant: _6640 SHADY OAK RD, EDEN PRARIE MN_

Place of Accident, Incident or Transaction: _100 SUMMIT AVE, WILLOW GROVE PA_
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐   No☑

Does this case involve multidistrict litigation possibilities?    Yes☐   No☑

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify) _15 USC §1692_

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;  _DOES NOT_

☐ Relief other than monetary damages is sought.

DATE: _11/20/13_   _[signature]_   _52601_
Attorney-at-Law   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

NOV 25 2013

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _11/20/13_   _[signature]_   _52601_
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

WATKINS : CIVIL ACTION
v. :
HASTER LAW : NO. 13 6832

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

11/20/13          Joseph Dionio          PLAINTIFF
Date              Attorney-at-law        Attorney for

215-657-8700                              joseph dionio esq
Telephone         FAX Number              E-Mail Address
                                          @ gmail.com

(Civ. 660) 10/02

NOV 25 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WATKINS<br>100 Summit Avenue<br>Willow Grove, PA 19090<br>    Plaintiff,<br><br>vs.<br><br>Haster Law Office, P.A.<br>6640 Shady Oak Road, Suite 340<br>Eden Prarie, MN 55344<br><br>And<br><br>Lisa Haster<br>6640 Shady Oak Road, Suite 340<br>Eden Prarie, MN 55344<br>    Defendants. | CIVIL ACTION<br><br>NO.   **13   6832** |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

2. The FDCPA prohibits collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

3. Defendants are subject to strict liability for using collection tactics which violate the provisions of the FDCPA.

### II. JURISDICTION

4. Jurisdiction arises under 15 U.S.C. §1692k, actionable through 28 U.S.C. §§1331, 1337.

5. Both Defendants do business in the Eastern District of Pennsylvania.

## III. PARTIES

6. Plaintiff Michael Watkins is an adult residing in Willow Grove, Pennsylvania at the address captioned.

7. Defendant Haster Law Office is a law firm with a regular place of business in Eden Prarie, Minnesota and a mailing address as captioned.

8. Defendant Lisa Haster is an individual employed as an attorney, debt collector at Haster Law Office .

9. Defendants regularly engage in the collection of consumer debts using the mails and telephone.

10. Defendants regularly attempt to collect consumer debts alleged to be due another.

11. Each Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. §1692a(6).

12. Haster Law Office and Lisa Haster, Esquire are collectively referred to as "Haster."

## IV. STATEMENT OF CLAIM

13. On or about February 18, 2013 , Haster sent Plaintiff a communication in an attempt to collect a consumer debt alleged due. (See Exhibit "A" attached hereto and redacted for privacy per local rule).

14. The letter is purportedly from Lisa Haster, Esquire. The letter purports to be signed by Lisa Haster, Esquire.

15. Lisa Haster, Esquire is barred in Minnesota, not in Pennsylvania.

16. Upon information and belief, the "signature" on the February 18, 2013 is not Ms. Haster's.

17. The collection letter was not prepared, reviewed, sent nor signed by Ms. Haster, as the letter indicates. The collection notice was prepared by the Haster Law Office's collection department.

18. The letter deceptively conveys review and involvement by attorney Haster, when she had none.

19. The FDCPA prohibits a debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt, including the false representation that a communication is from an attorney. 15 U.S.C. §§1692e, 1692e(3), 1692e(10).

20. Section 1692e(9) prohibits the sending of any written communications to a consumer which "creates a false impression as to its source, authorization or approval."

21. Defendants' letter falsely, deceptively or misleadingly represents that Lisa Haster, Esquire, an attorney, had authored the letter.

22. In reality, Lisa Haster, Esquire was not involved in the collection of Mr. Watkins's debt. Ms. Haster did not author, sign or personally direct the sending of Mr. Watkins's letter.

## FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

24. Defendants violated the FDCPA by creating a "false impression as to its source, authorization, or approval" in violation of 15 U.S.C. §1692e(9).

25. Defendants violated the FDCPA by making false, deceptive and misleading statements and representations in connection with the collection of this account in violation of 15 U.S.C. §§1692e and 1692e(10).

26. Defendants violated the FDCPA by falsely representing that a communication was from an attorney in violation of 15 U.S.C. §1692e(3).

**WHEREFORE**, Plaintiff Michael Watkins demands judgment against Defendants for:

    (a)    Damages;

    (b)    Attorney's fees and costs; and

    (c)    Such other and further relief as the Court shall deem just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted,

November 15, 2013

BRIAN J. SMITH AND ASSOCIATES

/S/ JOSEPH A. DIORIO

BY: _____
JOSEPH A. DIORIO, ESQUIRE
140 E. Butler Avenue
Ambler, PA 19002
1-215-659-8700

ept 53877
PO Box 1259
Oaks, PA 19456

HASTER LAW OFFICE, P.A.
6640 SHADY OAK RD STE 340
EDEN PRAIRIE MN  55344-7720

Lisa A Haster*
*Licensed in Practice in Minnesota

02/18/13

| | |
|---|---|
| Telephone: | 952-215-3690 |
| Toll Free: | 800-606-6841 |
| Fax: | 952-224-2212 |

MICHAEL WATKINS
100 SUMMIT AVE
WILLOW GROVE PA 19090-3109

66121 - 3243

| | |
|---|---|
| Name of Creditor: | Absolute Resolutions Corp. |
| Account: | |
| Balance Due: | $5793.33 |
| Original Creditor: | WELLS FARGO CREDIT CARD |

### LIMITED TIME SETTLEMENT OFFER

Dear MICHAEL WATKINS

We are authorized to settle the above referenced account balance in full for payment of 70% of the balance due. This offer is available only for a limited time. We have previously notified you that your above referenced delinquent account has been referred to this firm for collection.

The total settlement amount is $4,055.33. In order to take advantage of this settlement offer we must receive your payment in this office on or before 03/25/13. We may revoke this offer if payment in good funds is not received by that date. Your account is not settled in full until your settlement payment has cleared.

Please send your payment to the **HASTER LAW OFFICE, P.A., 6640 SHADY OAK RD STE 340, EDEN PRAIRIE MN  55344-7720**. Make your payment payable to HASTER LAW OFFICE, P.A. trust account.

Please refer to account number ARC14604 with your payment.

Keep in mind that this settlement offer is only good for a limited time. Taking advantage of this opportunity may help your financial situation and will remove the need for continued collection activity.

If you have questions about this offer or want to discuss your account, please call an account representative at 800-606-6841 or 952-215-3690.

Sincerely,

HASTER LAW OFFICE, P.A.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

| | |
|---|---|
| Name of Creditor: | Absolute Resolutions Corp. |
| Account: | 4072210000371906 |
| Balance Due: | $5793.33 |
| Original Creditor: | WELLS FARGO CREDIT CARD |

**IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW**

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

CARD NUMBER | EXP. DATE | AMOUNT

SIGNATURE | TRUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

MICHAEL WATKINS
100 SUMMIT AVE
WILLOW GROVE PA 19090-3109

HASTER LAW OFFICE, P.A.
6640 SHADY OAK RD STE 340
EDEN PRAIRIE MN  55344-7720



86121-55-3243

13  6832

# BRIAN J. SMITH & ASSOCIATES, P.C.

140 E. Butler Avenue, P.O. Box 387, Ambler, PA 19002-0387
Tel 215-659-8700 • Fax 215-659-8701• www.lawbjs.com

Brian J. Smith, Esq*
bsmith@lawbjs.com
Joseph A. Diorio, Esq*
jdiorio@lawbjs.com
Andrew J. Good, Esq.
agood@lawbjs.com

*Admitted to PA, NJ,
District Court ED of PA

November 21, 2013

Office of the Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

      Re:    **Michael Watkins v. Haster Law Office, P.A.**
                **Our File No. 1362**

Dear Sir or Madam:

      Enclosed for filing please find Plaintiff's Complaint in the above-captioned matter. Kindly issue a Summons.

      Thank you for your attention in this matter. If you have any questions, please feel free to contact me.

                                            Very truly yours,

                                      for   Joseph A. Diorio, Esquire

JAD/smg
Enclosure
cc: Client